**Order entered April 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00329-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01300-W**

## ORDER

The reporter's record in this accelerated appeal from a parental termination case was first due March 28, 2019. On April 11, 2019, when it had still not been filed, we ordered court reporter Marty Grant to file the record no later than April 18, 2019. Our order required the trial court to arrange for a substitute reporter if necessary to ensure the timely filing of the record. To date, however, the record has not been filed.

Because the appeal cannot proceed without the reporter's record, we **ORDER** Ms. Grant to file the record **no later than April 29, 2019.** *We caution Ms. Grant that failure to comply may result in an order that she not sit as a court reporter until she complies.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; Ms. Grant; and, the parties.

/s/     KEN MOLBERG
        JUSTICE